UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

- against -

IVAN LOPEZ, JR.,

                             Defendant.

**ORDER**

22 MJ 4022 (PED)

PAUL E. DAVISON, U.S.M.J.:

On May 4, 2022, this Court entered an Order of Removal, pursuant to Rule 5(c)(3), Fed. R. Crim. P., directing the U.S. Marshal to transport the defendant to the Eastern District of Virginia for further proceedings in that district.

The U. S. Marshal is directed to effectuate that transfer no later than May 20, 2022, and ensure that the defendant arrives in the Eastern District of Virginia no later than May 22, 2022.

Dated: May 13, 2022
White Plains, New York

SO ORDERED

Paul E. Davison, U.S.M.J.